IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VALENT KOLAMI, and ADRIAN EMIN | ) ) ) |
| Petitioners, | ) ) |
| vs. | ) ) Case No. 4:12-cv-03885-SLB-TMP |
| ERIC HOLDER, et al. | ) ) ) |
| Respondents. | ) |

**ORDER**

On December 2, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the petitions of Valent Kolami and Adrian Emin ("Petitioners") for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by any party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DISMISSED AS MOOT**.

DATED the 31st day of December, 2013.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE